**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 26-14294-CIV-CANNON/Galler**

**RASHAD TARIA MUHAMMAD**,

Plaintiff,

v.

**ANDRIENNE M. BUCCHI**,

Defendant.

_______________________________/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND CLOSING CASE**

**THIS CAUSE** comes before the Court upon Magistrate Judge Galler's Report and Recommendation (the "Report") [ECF No. 14]. In the Report, Magistrate Judge Galler recommends that this case be dismissed without prejudice due to Plaintiff's failure to comply with Court Orders and failure to prosecute. Objections to the Report were due on or before **November 17**, **2026** [ECF No. 14 p. 3]. Neither party filed objections to the Report, and the time to do so has expired.

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report, the Court

may accept the recommendation so long as there is no clear error of fact or law on the face of the record. *Macort*, 208 F. App'x at 784.

Following review, the Court finds no clear error of fact or law in the well-reasoned Report. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 14] is **ACCEPTED**.
2. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.
3. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.
4. The Clerk of the Court shall **CLOSE** this case.
5. The Clerk is **DIRECTED** to **MAIL** a copy of this Order to Plaintiff at the address provided below.

**ORDERED** in Chambers at Fort Pierce, Florida, this 23rd day of November 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

**Rashad Taria Muhammad**
157205
St. Lucie County Jail
Inmate Mail/Parcels
900 North Rock Road
Fort Pierce, Florida 34945
PRO SE